**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rahsaan Jamar WATKINS, a/k/a**
**Robert Leon Alexander,**
**Defendant–Appellant.**

No. 08–6014.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 25, 2008.

Rahsaan Jamar Watkins, Appellant Pro Se. Kasey Warner, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rahsaan Jamar Watkins appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for reconsideration of the denial of his motion to suppress. He also challenges the denial of his second motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *United States v. Watkins,* No. 2:99–cr–00189–2 (S.D.W. Va. July 5 & Oct. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*